# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN O. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. PHILIP GUTTIERREZ, Warden,<br><br>　　　　　Respondent. | Case No. 11-9606-AG (JEM)<br><br>ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the amended findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be granted and that judgment be entered dismissing this action without prejudice.

DATED: June 15, 2012

　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE