# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN O. JOHNSON, | Case No. CV 11-9606-AG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. PHILIP GUTTIERREZ, Warden, | |
| Respondent. | |

    In accordance with the Order Accepting Amended Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: June 15, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE